Submitted on record and briefs August 31, sentences vacated; remanded for
resentencing; otherwise affirmed December 7, 2005

## STATE OF OREGON,
*Respondent,*

*v.*

## MICHAEL ANTHONY CAPTAIN,
*Appellant.*

03C-42359; A123313

125 P3d 29

Peter A. Ozanne, Executive Director, and Peter Gartlan, Chief Defender, Legal Services Division, Office of Public Defense Services, filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Erika L. Hadlock, Assistant Solicitor General, filed the brief for respondent.

Before Haselton, Presiding Judge, and Armstrong and Rosenblum,* Judges.

PER CURIAM

---

* Rosenblum, J., *vice* Ceniceros, S. J.

## PER CURIAM

Defendant was convicted of attempted aggravated murder, ORS 163.095, first-degree rape, ORS 163.375, and second-degree assault, ORS 163.185. The trial court imposed a 30-year dangerous offender sentence on the attempted aggravated murder conviction and concurrent mandatory minimum sentences pursuant to ORS 137.700 on the rape and assault convictions. Defendant argues that, under *Blakely v. Washington*, 542 US 296, 124 S Ct 2531, 159 L Ed 2d 403 (2004), and *Apprendi v. New Jersey*, 530 US 466, 120 S Ct 2348, 147 L Ed 2d 435 (2000), the court erred in imposing a sentence on the attempted aggravated murder conviction that exceeds the statutory indeterminate sentences that may be imposed for that crime under ORS 161.605 based on facts not found by a jury or admitted by the defendant.

Although defendant did not advance such a challenge to the trial court, he argues that the sentence should be reviewed as plain error. Under our decision in *State v. Warren*, 195 Or App 656, 98 P3d 1129 (2004), the sentence is plainly erroneous. For the reason set forth in *State v. Perez*, 196 Or App 364, 102 P3d 705 (2004), *rev allowed*, 338 Or 488 (2005), we exercise our discretion to correct the error.

Sentences vacated; remanded for resentencing; otherwise affirmed.